UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HAZEL PACHECO and ALLISON
MALDONADO, individually and on behalf
of all others similarly situated,

    *Plaintiffs*,

v.

COOPERVISION, INC.; ALCON
LABORATORIES, INC; BAUSCH & LOMB
INCORPORATED; JOHNSON & JOHNSON
VISION CARE, INC.; and ABB/CON-CISE
OPTICAL GROUP LLC (a/k/a ABB OPTICAL
GROUP),

    Defendants.

Case No. 3:15-cv-00900

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs, HAZEL PACHECO and ALLISON MALDONADO (collectively "Plaintiffs"), by a through their counsel, hereby voluntarily dismiss this action against COOPERVISION, INC.; ALCON LABORATORIES, INC; BAUSCH & LOMB INCORPORATED; JOHNSON & JOHNSON VISION CARE, INC.; and ABB/CON-CISE OPTICAL GROUP LLC (a/k/a ABB OPTICAL GROUP), without prejudice as to any and all of Plaintiffs' claims and without prejudice to any class claims pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i)

Dated: October 20, 2016.

    Respectfully submitted,

    */s/ Tim Howard*
    Tim Howard, J.D., Ph.D.
    Florida Bar No.: 655325
    **HOWARD & ASSOCIATES, P.A.**
    2120 Killarney Way, Suite 125

Tallahassee, FL 32309
Telephone: (850) 298-4455
Fax: (850) 216-2537
tim@howardjustice.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 20, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

*/s/ Tim Howard*
Tim Howard, J.D., Ph.D.
